**FILED**

NOV 05 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE WELCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIA CARD SERVICES, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | CASE NO.: 5:13-cv-01154-HRL<br><br>[PROPOSED] ORDER GRANTING IN PART STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINES<br><br>(RE: DKT. No. 26) |

　　　The Court finds that there is good cause to grant the parties stipulated request to extend the scheduling deadlines and hereby modifies the scheduling order as follows.

　　　1.　Fact discovery cutoff shall be extended to ~~December 9,~~ NOVEMBER 29, 2013;

　　　2.　Designation of experts with reports shall be extended to ~~January 13, 2014;~~ DECEMBER 20, 2013;

　　　3.　Designation of rebuttal experts with reports shall be extended to ~~February~~ JANUARY 10,

[PROPOSED] ORDER - 1

2014;

4. Expert discovery cutoff shall be extended to ~~March 3,~~ FEBRUARY 10, 2014;

5. Last day for hearing on dispositive motions shall be extended to ~~April 11,~~ MARCH 4, 2014;

6. Final pretrial conference shall be extended to ~~May 9,~~ APRIL 24, 2014.

**IT IS SO ORDERED.**

Dated: ~~October 16,~~ 11/5/ 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE